CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

*Attorneys for Federal Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSCAR EDUARDO ESCANDON BERRIO, | CASE NO. 5:26-cv-01458-SVK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL CASE DEADLINES** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, Plaintiff Oscar Eduardo Escandon Berrio and Defendant United States of America stipulate to amend the case schedule as indicated below.

WHEREAS, Plaintiff filed a Complaint in this action on February 19, 2026, *see* Dkt. No. 1;

WHEREAS, on February 24, 2026, the Clerk entered an Order Setting Initial Case Management Conference and ADR Deadlines, with the following deadlines:

| Event | Current Deadline |
|---|---|
| File Certification of Conflicts and Interested Entities or Persons | Upon first appearance |
| Deadline to file ADR Certification | 5/12/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. | 5/12/2026 |
| Deadline to make initial disclosures | 5/26/2026 |
| Deadline to file Joint Case Management Statement. | 5/26/2026 |
| Initial Case Management Conference to be held by Zoom | 6/2/2026, 9:30 AM |

STIPULATION RE: CASE SCHEDULE
CASE NO. 5:26-CV-01458-SVK                1

Dkt. No. 3.

WHEREAS, Plaintiff served Defendant on April 20, 2026, making Defendant's response to the Complaint due on June 22, 2026, *see* Fed. R. Civ. P. 12(a)(2);

WHEREAS, on May 26, 2026, the Clerk entered a notice continuing the case management conference statement deadline to June 2, 2026 and the case management conference to June 9, 2026, *see* Dkt. No. 9;

WHEREAS, there have been no previous requests for extensions of time in this case;

WHEREAS, to allow Defendant time to respond to the Complaint before meeting, conferring and filing a Joint Case Management Statement with Plaintiff, the parties hereby stipulate and request that the case management deadlines be amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Defendant to Respond to Complaint | 6/22/2026 | 7/7/2026 |
| Deadline to file ADR Certification | 5/12/2026 | 7/21/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. | 5/12/2026 | 7/21/2026 |
| Deadline to make initial disclosures | 5/26/2026 | 8/4/2026 |
| Deadline to file Joint Case Management Statement. | 6/2/2026 | 8/4/2026 |
| Initial Case Management Conference to be held by Zoom | 6/9/2026, 9:30 AM | 8/11/2026 |

Respectfully submitted,

DATED: May 26, 2026          SUNSET WEST LEGAL GROUP, PC

                            */s/ Valentine Aghakhani*
                            VALENTINE AGHAKHANI

                            Attorneys for Plaintiff

DATED: May 26, 2026          CRAIG H. MISSAKIAN
                            United States Attorney

                            */s/ Roman A. Swoopes*
                            ROMAN A. SWOOPES
                            Assistant United States Attorney

                            Attorneys for Federal Defendant

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in the filing of this document.*

STIPULATION RE: CASE SCHEDULE
CASE NO. 5:26-CV-01458-SVK                    2

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: May 27, 2026

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge

STIPULATION RE: CASE SCHEDULE
CASE NO. 5:26-CV-01458-SVK                    3